JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET A. HERNANDEZ, ) | Case Number SACV 09-655-JVS(ANx) |
| Plaintiff, ) | ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |
| vs. ) | |
| NORTH AMERICAN COLLECTORS, INC.; et al.; ) | |
| Defendants. ) | |

Pursuant to the stipulation of the parties, IT IS ORDERED THAT the entire action is dismissed with prejudice pursuant to rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Any hearings and the trial presently scheduled are, effective immediately, taken off calendar.  No party may file in this action a bill of costs or motion for attorneys' fees.

IT IS SO ORDERED.

Dated: June 30, 2010.

_____
James V. Selna
United States District Judge

- 1 -